UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

IN RE:                              CHAPTER 13
    Elizabeth J. Sanders            BANKRUPTCY NO. 12-18798-aih

    Debtor                         JUDGE: Judge Arthur I. Harris

**APPEARANCE**

Comes now Elizabeth Alphin of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Capital One, N.A. (BEST BUY CO., INC.), and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to the address set forth below.

**MAPOTHER & MAPOTHER, P.S.C.**

By:   / s/ Elizabeth Alphin
        Elizabeth Alphin (#0076068)
        Counsel for Creditor
        815 W. Market Street, Suite 500
        Louisville KY 40202-2654
        (502) 638-4961
        EBA@mapother-atty.com

# CERTIFICATE

I, Elizabeth Alphin, hereby certify that the foregoing __Appearance___ was sent by regular U.S. mail, postage prepaid, this ___12/10/2013____ to the following:

Elizabeth J. Sanders
36458 Westfield Drive
North Ridgeville, OH  44039

    Recovery Management Systems Corporation
    25 S.E. 2nd Avenue, Suite 1120
    Miami, FL 33131

I, Elizabeth Alphin, hereby certify that the foregoing ___Appearance___ was electronically transmitted on or about ____12/10/2013_____ via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Elizabeth Alphin      loubknotices@mapother-atty.com

- Patti H. Bass ecf@bass-associates.com
- Paul S. Kuzmickas pkuzmickas@lawlh.com, koconnor@lawlh.com;lsekanic@lawlh.com
- Scott N Schaeffer scott@ksrlegal.com
- Craig H Shopneck ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
- United States Trustee (Registered address)@usdoj.gov

        /s/ Elizabeth Alphin
        Elizabeth Alphin (#0076068)

B3ON_0003A/13-38193